**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 23 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10074 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-01360-PGR |
| v. | |
| JOSE GASPAR-CEBALLOS, a.k.a. Jose Alfredo Gaspar-Ceballos, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Paul G. Rosenblatt, District Judge, Presiding

Submitted December 19,2 011[**]

Before:    GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Jose Gaspar-Ceballos appeals from his guilty-plea conviction and 37-month

sentence imposed for reentry of removed alien, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Gaspar-Ceballos's counsel

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Gaspar-Ceballos's pro se motion for appointment of counsel is denied.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**